HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESUS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS RAMOS,<br><br>Defendant. | Case No. 1:22-cr-00110-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER** |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Jesus Ramos, that the status conference hearing currently scheduled for January 18, 2023, be vacated, and that the matter be set for a change of plea hearing before the Honorable Jennifer L. Thurston on January 23, 2023, at 10:00 a.m.

The parties are requesting that this matter be placed on calendar for change of plea on January 23, 2023, at 10:00 a.m. The parties agree that the delay resulting from the continuance to January 23, 2023, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and defense investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: January 11, 2023 | /s/ Karen Escobar<br>KAREN ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 11, 2023 | /s/ Reed Grantham<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS RAMOS |

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference hearing currently set for Wednesday, January 18, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto be vacated, and that the matter be set for a change of plea hearing before the Honorable Jennifer L. Thurston on Monday, January 23, 2023, at 10:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time through January 23, 2023, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: 1/11/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge